AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>CUNWEN ZHU<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.

     3:23-mj- 1158-JBT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __ April 2021 through the present __ in the county of _____ DUVAL _____ in the

___ MIDDLE ___ District of _____ FLORIDA _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1960 | Conducting an unlicensed money transmitting business |
| 18 U.S.C. § 1343 | Wire Fraud |

This criminal complaint is based on these facts:

See attached affadavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Chad Balsamo, Special Agent, USSS
*Printed name and title*

Sworn to before me over the telephone or other electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: __ 3/17/2023 __

_____
*Judge's signature*

City and state:    JACKSONVILLE, FLORIDA

JOEL B. TOOMEY, MAGISTRATE JUDGE
*Printed name and title*

## CRIMINAL COMPLAINT AFFADAVIT

I, Chad Balsamo, being duly sworn, depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I am a Technical Staff Assistant Special Agent with the United States Secret Service ("USSS") and have been so employed since December 2007. My experience as Special Agent with the USSS has included the investigation of cases involving computer hacking and network intrusions, wire fraud, bank fraud, identity theft, and money laundering. My experience also has included the investigation of the use of computers and the Internet to commit fraud. I have received training and gained experience in interview and interrogation techniques, arrest procedures, search warrant applications, the execution of search and seizures, computer crimes, intellectual property, and other computer-based crimes, computer evidence identification, computer evidence seizure and processing, and various other criminal laws and procedures.

2.      This affidavit is submitted in support of a criminal complaint and arrest warrant for CUNWEN ZHU for knowingly conducting an unlicensed money transmitting business, in violation of 18 U.S.C. § 1960 and wire fraud in violation of 18 U.S.C. § 1343.

3.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show only that there is sufficient probable cause for the

requested complaint and arrest warrant and does not set forth all my knowledge about this matter. Unless otherwise stated, the conclusions and beliefs I express in this affidavit are based on my training, experience, knowledge of the investigation, and reasonable inferences that I have drawn from my training, experience, and knowledge of the investigation.

## BACKGROUND ON CRYPTOCURRENCY AND VIRTUAL CURRENCY EXCHANGES

4.     Virtual currencies are digital tokens of value circulated over the Internet as substitutes for traditional fiat currency. Virtual currencies are not issued by any government or bank like traditional fiat currencies such as the U.S. dollar but are generated and controlled through computer software. Bitcoin is currently the most well-known virtual currency in use.

5.     Virtual currency addresses are the particular virtual locations to which such currencies are sent and received. A virtual currency address is analogous to a bank account number and is represented as a string of alphanumeric characters.

6.     Each virtual currency address is controlled through the use of a unique corresponding private key, a cryptographic equivalent of a password needed to access the address. Only the holder of an address's private key can authorize a transfer of virtual currency from that address to another address.

7.     A virtual currency wallet is a software application that interfaces with the virtual currency's specific blockchain and generates and stores a user's addresses

and private keys. A virtual currency wallet also allows users to send and receive virtual currencies. Multiple addresses can be stored in a wallet.

8. Many virtual currencies publicly record all of their transactions on what was a "blockchain." The blockchain is essentially a distributed public ledger, run by a decentralized network, containing an immutable and historical record of every transaction utilizing that blockchain's technology. The blockchain can be updated multiple times per hour and record every virtual currency address that ever received that virtual currency. It also maintains records of every transaction and all the known balances for each virtual currency address. There are different blockchains for different types of virtual currencies.

9. A category of cryptocurrency are Stablecoins. Stablecoins are cryptocurrencies whose value is pegged or tied, to that of another currency, commodity, or financial instrument. Stablecoins aim to provide an alternative to the high volatility of the most popular cryptocurrencies such as Bitcoin.

10. USD Coin ("USDC") is a digital currency that is categorized as a Stablecoin. USDC is backed by U.S. dollar assets as a tokenized U.S. dollar, with the value of one USDC pegged 1:1 to the value of one U.S. dollar. The value of USDC is designed to remain stable, making USDC a Stablecoin.

11. Coinbase is a United States based cryptocurrency exchange company. Users of this service commonly deposit U.S. fiat currency, which can then be converted to a wide range of cryptocurrencies to include USDC. The user can also be provided cryptocurrency addresses to receive transfers of cryptocurrency as well

provide destination addresses to transfer cryptocurrencies effectively withdrawing the assets from the account.

## OTHER RELEVANT TERMS AND DEFINITIONS

12.     **WhatsApp** – WhatsApp is a multiplatform messaging service that enables user to chat directly or in groups using text, voice, and video.

13.     **Forex Trading** – Foreign exchange trading also commonly called forex trading or FX is the global market for exchanging foreign currencies. Currencies are traded in the foreign exchange market, a global marketplace that's open twenty-four hours a day Monday through Friday. All forex trading is conducted over the counter (OTC), meaning there's no physical exchange as there is for stock trading.

14.     **MetaTrader 5** – MetaTrader 5 is a software application developed by the company Metaqoutes Ltd. Metaqoutes develops business to business financial software to include MetaTrader 5. The software provides a platform with brokerage services to brokers. A broker can register their business with MetaTrader 5 and their end users can access their accounts via the MetaTrader 5 software.

15.     Victims referenced in this affidavit were commonly referred to download the MetaTrader 5 software on their cell phone through the cell phone's built-in application store such as the Apple App Store. After downloading the application, the victim would access their brokerage account by entering a username and password provided from the brokerage.

## PROBABLE CAUSE

A.  <u>Case Background</u>

16.    I have been investigating financial scams to include, but not limited to romance and investment scams. This investigation has revealed a large complex network of individuals collecting and distributing proceeds from these scams. The individuals have opened numerous bank accounts under numerous shell companies that have received and subsequently transmitted the funds from victims of these scams. CUNWEN ZHU has opened bank accounts and received funds from victims and subsequently transmitted these funds out of his accounts.

17.    The scam involves deceiving victims to wire funds to shell company bank accounts. The victims believe these wires will fund their brokerage accounts. A bank account opened by CUNWEN ZHU at Chase Bank under the shell company Justby International Auctions was one of these accounts. This account received wire transfers from multiple victims of this scam described in further detail below.

18.    As part of this scheme Cunwen Zhu also opened a Coinbase Account. This account was used as a conduit to transfer proceeds from this scam to other individuals known to me. Based on my training and experience to include use of services provided by Coinbase, I know Coinbase will send email messages confirming details of specific transactions and account activities conducted on their platform. For example, Coinbase will provide an email to the account holder's registered email address when sending cryptocurrency, receiving cryptocurrency, or making account changes such as a password change. Based on this knowledge of

Coinbase's activities, I believe the Subject Account, usakevinzhu@gmail.com, would receive emails from Coinbase pertaining to account transactions.

19.     I have interviewed twenty victims that have been scammed by the organization subject to this investigation. Two of the victims interviewed reside in the Middle District of Florida. Efforts to identify and interview additional victims is ongoing with numerous likely additional victims already identified.

20.     Based on this investigation, I have observed consistent trends and patterns of behavior utilized by the organization. Victims are often spotted and recruited online through social media and dating websites such as Facebook, Instagram, Seeking Arrangements and Miss Travel. After initial introductions, the conversations would then be moved to the WhatsApp messaging service where the victims are enticed into investment scams particularly related to forex trading.

21.     A common and consistent method utilized by the organization involves a victim in contact with two individuals. The first individual can be identified as the Recruiter ("Recruiter"). This Recruiter develops an online relationship and rapport with the victim. Without much delay, the Recruiter will pitch the investment scheme to the victim. The Recruiter will often support the pitch by providing pictures of a lavish lifestyle, images of successful trades, and a discussion about market conditions. The pitch usually includes references to an "uncle" or other relative that possesses the knowledge and insight needed to perform successful trades. This relative will help the victim perform these trades and the victim will supposedly not fail because of the relative's help. The Recruiter purports that the trades need to be

executed at specific times, which requires the victim's accounts to be funded to certain higher levels. This tactic is used to extract high levels of funds from the victim at specific times.

22.     When the victim is successfully enticed to invest in the scheme, the Recruiter introduces the victim to a representative from a brokerage ("Broker Representative"). A variety of scam brokers have been used in this scheme such as Sunpor, Snok Group, or FC Financial. This investigation has revealed that on the backend of the financial transactions, these scam brokers are all controlled by the same organization. There is significant overlap among the entities involved in the financial transactions. The underlying broker's name may vary, but the patterns of behavior remain consistent.

23.     The victim is directed to open his account, which can be done by the victim being directed to a website for the broker, or simply by providing documents such as a passport or driver's license over WhatsApp to the Broker Representative. The victim is also directed to download the third-party software application MetaTrader 5 on to the victim's cellular telephone. This application is used by the victim to view account details and perform supposed trades.

24.     Before the account is funded, the victim will often be directed to make a "test" or "demo" account, which will be used by the victim in coordination with the Recruiter the same way the "real" or "live" accounts will be used. The "test" or "demo" account will not be funded by the victim but will have a balance of essentially fake currency that can be used to practice trades. The legitimate use for

these demo accounts would be for users to practice or test strategies. The scammers would use these accounts to build rapport and confidence with the victims. Trades conducted in coordination with their "handler" would consistently result in profitable trades.

25.    The Broker Representative will provide the victim account funding information. To fund the account, the victim is usually directed to conduct wire transfers or cryptocurrency transactions to locations provided by the Broker Representative.

26.    After the account is funded, the victim will perform trades in coordination with the Recruiter based off the Recruiter's valuable trading information. The initial trades always result in positive gains. The victim may ask for a withdrawal early in the scheme and, at this time, the organization will fund a relatively small withdrawal to the victim. Based on victim interviews, this tactic has proven very effective at instilling victim confidence that they are dealing with a legitimate broker. This tactic ultimately results in extracting great sums of additional funds from the victims due to the victim's confidence.

27.    The scheme typically falls apart when the victim refuses to contribute additional funds and/or asks for a withdrawal. If the victim is contemplating asking for a withdrawal, the Recruiter will often pressure the victim through various means to not withdraw any funds. If the victim is not convinced or is persistent in asking for the withdrawal, other tactics will be used to extract additional funds. The victim will be given a variety of reasons to contribute additional funds such as management

fees, withdrawal fees, and tax withholding. If the Recruiter convinces the victim to conduct an additional trade without the victim contributing additional funds, the trade will commonly result in the account reflecting a negative balance.

28.     If the victim claims to not have additional funds to make the account whole or outright refuses to pay the supposed negative balance, the organization commonly employs additional tactics. The Broker Representative may negotiate a lower balance, or the Recruiter may supposedly contribute funds to victim's account to bring the debt down. Based on this investigation, these tactics are used to extract the maximum amount of funds from the victim as possible.

29.     The investigation has revealed the accounts to where victims were instructed to wire funds are often recently created accounts and appear to have been opened for the purpose of receiving and transmitting proceeds from this scheme. The accounts are commonly opened under shell corporations. The victims often believe they are trading under a broker but are then provided a variety of unrelated business bank accounts to wire their funds to fund their brokerage account. Their accounts then appear to show a credit for their contributions when actually their funds are transferred through various means to other accounts obfuscating the origin of the funds.

B.     Justby International Auctions

30.     Justby International Auctions was one shell company used to open bank accounts to receive funds from victims. Justby International Auctions was incorporated in the State of California on April 8, 2021, by Cunwen Zhu. On

January 3, 2023, I conducted a Money Service Business search available to the public

on the Financial Crimes Enforcement Network (Fincen.gov) for Justby International

Auctions, which revealed no records or registrations as a Money Service Business.

On February 13, 2023, I conducted a search of money transmitters registered in

California with the California Department of Financial Protection and Innovation

for Justby International Auctions, which revealed no records.

### The Justby Chase Account

31.     On May 17, 2021, Zhu opened Justby International Auctions Chase

Business Checking Account 722996177 ("Justby Chase Account").  Zhu provided his

Social Security Number, telephone number, and signature for identification.  This

bank account received numerous deposits from victims defrauded in these scams

shortly after opening.  Zhu used this account to receive funds from victims and

transfer funds to other accounts under his control to include his personal account at

Chase Bank and ultimately his Coinbase account where the funds were converted to

cryptocurrency and transferred to other individuals known to me.

### Victim AD

32.     I reviewed records provided by Chase Bank and noted that on May 25,

2021, the Justby Chase Account received a $90,000 wire transfer from victim AD.

33.     On December 12, 2022, I interviewed victim AD who provided the

following information.

34.     AD met a Chinese woman on Facebook but does not recall her name

("Unsub").  The two transitioned their conversation over to WhatsApp where they

began discussing Forex trading. The Unsub stated she has an uncle that works for a bank in England that helps her execute profitable forex trades. The Unsub stated she could provide the information to AD as well to help him his trades as well.

35.    The Unsub introduced AD to another person on WhatsApp that was supposedly a representative from the broker, Sunpor. AD was directed to a website where he registered for an account with Sunpor. AD submitted documents, to include his passport, through the website for a Sunpor account.

36.    AD downloaded the MetaTrader 5 application to his cellular phone to manage his account and perform trades.

37.    The Sunpor representative provided instructions to AD on how to fund his brokerage account. The Sunpor representative provided wire instruction information. AD funded his account exclusively through wire transfers, which included the $90,000 wire on May 25, 2021, from Citi Bank to the Justby International Auctions account held at Chase Bank. AD estimated that in addition to the $90,000 wire, AD made additional wire transfers resulting in contributing approximately $350,000 to his Sunpor Account.

38.    After approximately ten trades, which averaged returns he believed to be about 30%, he conducted one last trade where his phone's screen went black. After he was able to access his account again, this trade appeared to result in a negative account balance of $130,000. The broker representative threatened AD to provide additional funds to make up the negative balance or they would contact people on his phone's contact list. AD further stated his friends and family members were emailed

about the supposed debt and AD began receiving calls from friends and family members asking if he was ok due to the messages they were receiving.  AD believes they obtained a copy of his telephone's contact list and were reaching out to them in an effort to extract more funds.

Victim RJ

39.    I reviewed records provided by Chase bank and noted on May 25, 2021, the Justby Chase Account also received a $10,000 wire transfer from victim RJ.

40.    On December 12, 2022, I interviewed victim RJ who provided the following information.

41.    Last year RJ began receiving messages on Facebook from "Jenny."  RJ described "Jenny" as an Asian female that resides in China.  "Jenny" stated to RJ she has a company that manufactures beauty products.  "Jenny" repeatedly insisted they move their conversation to WhatsApp so their conversation moved to WhatsApp where they began discussing Forex trading.  "Jenny" stated she has an uncle that works for the government and has the knowledge needed to make successful trades.

42.    "Jenny" claimed to RJ she has been very successful trading in the forex markets.  "Jenny" sent RJ an image of high-end vehicles and an image of a forex trade that appeared to reflect a $3,000,000 gain.  "Jenny" also sent RJ what she claimed to be proof of her successful forex trades.  Specifically, she sent him an image of a trade showing a $3,000,000 return.

43.    "Jenny" introduced RJ to "Nancy" on WhatsApp.  "Nancy" was a representative from the broker, Sunpor, and provided wire information for the wires to fund his account.  RJ provided "Nancy" a picture of his passport at her request as well as other personal details to create his account.  RJ downloaded the MetaTrader 5 application to his cellular phone at their direction to access his account.

44.    RJ initially funded his Sunpor account with a $10,000 wire transfer to begin forex trading.  RJ confirmed this was a wire to the Justby International Auctions account held at Chase bank on May 25, 2021.  The wire instructions to send the funds to this account were provided by the broker representative, "Nancy."

45.    After the initial funding, RJ, in coordination with "Jenny," performed a successful trade where he believed it netted him an $8,000 gain.  After this transaction, RJ requested a $2,000 withdrawal, which Nancy completed, and he received.

46.    "Jenny" also stated she funded his Sunpor account with $500,000 and that he would need to contribute additional funds to the account as well, because she was supposedly contributing money the brokerage account.

47.    RJ performed additional trades, which resulted in his/her account having a negative balance on three instances.  The first two instances RJ wired additional funds to return his account positive.  After the third negative balance, RJ, discussed the issue with his son and they determined he was being scammed.  RJ stated "Nancy" threatened he had to pay the negative balance or they would also go

after his spouse for the funds.  RJ stated "Nancy" texted him over WhatsApp his spouse's name and telephone number as well as his daughter's name.

48.    In total, RJ estimated he lost approximately $1.9 million.  This is his estimation of total wires sent to accounts provided by "Nancy" for the purpose of funding his Sunpor Account.

Victim SB

49.    I reviewed records from Chase Bank and noted that on May 28, 2021, the Justby Chase Account received a $500,000 wire transfer from victim SB.

50.    On December 29, 2022, I interviewed victim SB who provided the following information.

51.    SB stated he met someone on the internet named "Azura."  They began communicating on WhatsApp where they discussed Forex trading.  "Azura" informed she had an uncle that was a successful trader, and the uncle would help SB perform successful trades.  "Azura" directed SB to a website where SB created a brokerage account to conduct these trades. "Azura" then instructed SB to download MetaTrader5.  SB stated the name of the broker was FC Funds Ltd or FC Financial Ltd.

52.    "Azura" connected SB to another WhatsApp user who functioned as a representative from the broker and provided instructions for funding his account. "Azura" provided SB this information for all the wires SB transmitted to fund his brokerage account.

53.     SB started using a demo account with no real value, but eventually started investing in a "live account" which was supposedly funded with actual currency.  Funding this account was made by wire transfers with instructions provided to SB by the broker representative over WhatsApp.

54.     After other wire transfers were made as part of this scam to fund SB's brokerage account, Wells Fargo stopped SB from making a wire transfer due to the suspicion of fraud.  It was at this time SB became suspicious of his transactions, interactions with "Azura," and the broker representative on WhatsApp.

55.     SB informed the broker representative that the bank was holding up the wire. The broker representative instructed SB to tell the bank he would suffer from a "financial hardship" if the wire did not go through.  SB believed the instruction was intended to pressure the bank to release the wire.  Upon this instruction, SB became very suspicious and began to believe he was being scammed.

56.     SB requested to withdraw $1,000,000 from his "live account" and provided the account information of his Wells Fargo Account to the broker representative to receive the wire transfer.  SB was told it could take up to ten business days to receive the transfer, however even after that time, no wire was received.  SB asked the broker representative about the transfer and was given additional excuses.

57.     Even though SB believed he was being scammed, SB conducted one last trade on MetaTrader5 with existing funds he believed were present in the live account.  Since SB believed he was being scammed, he did not contribute any

additional funds and only used the funds that appeared to be available in his/her brokerage account. This trade, like the previous ones, was coordinated with "Azura." The trade resulted in his account turning a negative balance. "Azura" told SB that she lost everything as well as she was supposedly making the same trade SB was making. SB told "Azura" he believed this was a scam and SB did not receive any additional messages from "Azura" or the broker representative.

58. SB stated he analyzed his last trade with market data from another source and observed there was an inconsistency in market values between the two platforms.

59. SB stated he sustained a substantial loss in this scam and confirmed $3,500,000 was wired from accounts he controlled to fund this brokerage account.


### Other Activity Related to the Justby Chase Account

60. In addition to the above referenced victims who deposited funds directly to the Justby Chase Account, this account has also received wire transfers from other accounts that have received funds from victims of the same scam.

61. On August 24, 2022, the Justby Chase Account received a $470,000 wire transfer from the Wanke Development Group's Bank of The West Account 068091982. On May 11, 2022, I interviewed a victim that wire transferred $500,007 to the Wanke Development Group Bank of the West Account on July 27, 2021. Additionally, I have interviewed numerous additional victims that have deposited funds to other accounts held by Wanke Development Group at multiple banks.

62.     On August 25, 2021, the Justby Chase Account received a $200,000 wire transfer from the Intime Enterprises Chase Bank Account 761309985. I interviewed two victims of this scam that contributed directly to this account. Victim GK transferred $500,000 in wire transfers from two accounts under his control on August 27, 2021. Victim GS wire transferred $50,000 on September 15, 2021, and $40,000 on September 16, 2021.

## The Zhu 3391 Chase Account and Zhu Coinbase Account

63.     On April 13, 2021, CUNWEN ZHU established his Coinbase account and was assigned User ID 6075dce7c0bdbe1ec943e7e5, which is the identifier used to identify his account by Coinbase similar to an account number at a traditional bank. Zhu provided his date of birth, Social Security Number, address, telephone number, and the Subject Account usakevinzhu@gmail.com for identification and communication. Zhu also uploaded images of his California driver's license and an image of himself. Zhu linked Chase Account 0717103391 to his Coinbase account, allowing the transfer of funds between the accounts.

64.     After receiving funds in the Justby Chase Account, Zhu would often transfer funds to his personal Chase Account ending in 3391. On May 25, 2021, which was the same day Zhu received funds from two of the above-referenced victims, Zhu transferred $420,000 to the Chase Account ending in 3391. Zhu transferred $249,990 on the same date from Chase account 0717103391 to Zhu's personal Coinbase Account.

65.    I reviewed records from Coinbase and Chase Bank pertaining to logged IP address activity on May 25, 2021.  Both the Zhu's Coinbase account and the Justby Chase account were accessed from IP address 107.185.163.146.

66.    From a review of records from Chase for the Justby Chase Account, from May 18, 2021, to August 30, 2021, Zhu transferred approximately $6,047,200 to the linked Chase Checking Account ending in 3391.

67.    From a review of records from Coinbase, Chase Account 0717103391 made a net contribution to the Zhu Coinbase Account of approximately $6,400,000 from April 21, 2021, to August 20, 2021.  Most of these deposited funds were then withdrawn in the form of cryptocurrency transactions benefiting accounts of other individuals known to me that are held at a different cryptocurrency exchange known to me.

C.    Sworn Testimony Provided to the CFTC

68.    The Commodities Futures Trading Commission (CFTC) has been conducting a parallel civil investigation of Justby International Auctions and CUNWEN ZHU.  The CFTC is an independent agency of the US government that regulates the U.S. derivatives markets, which includes futures, swaps, and certain kinds of options.

69.    As part of their investigation the CFTC issued a subpoena for testimony to CUNWEN ZHU, and he subsequently appeared in Los Angeles and provided testimony on March 14, 2023.

70.    On March 14, 2023, and March 17, 2023, I interviewed the CFTC Trial Attorney and CFTC investigator in reference to the testimony CUNWEN ZHU provided and I was informed of the following.

71.    On March 14, 2023, CUNWEN ZHU provided sworn testimony in Los Angeles to the CFTC. The CFTC attorney, CFTC investigator, court reporter, and a Chinese language translator were present. CUNWEN ZHU initially believed the testimony was requested in reference to civil case he had a judgement passed against him. CUNWEN ZHU provided approximately three hours of testimony and after lunch the interview was concluded when CUNWEN ZHU asked for an attorney.

72.    CUNWEN ZHU stated he has received millions of dollars in loans from another individual he named, which is known to me. He described this person as a friend. The funds were provided for the purpose of trading cryptocurrency. CUNWEN ZHU provided no collateral to the other individual or signed agreement regarding these loans. Specifically, CUNWEN ZHU stated he was trading USDC, which I know is a Stablecoin which and does not fluctuate in value. From my investigations and research trading in Stablecoin does not occur and I found these statements by ZHU difficult to believe.

73.    CUNWEN ZHU stated he had sole and complete control over all bank accounts opened under Justby International Auctions to include accounts held Chase Bank, Bank of America, and Wells Fargo.

74.    CUNWEN ZHU stated he still owes the individual that provided the loans $200,000.  During testimony CUNWEN ZHU made approximately three phone calls to this individual.

D.    <u>Nexus to the Middle District of Florida</u>

75.    This investigation has revealed numerous individuals opening numerous bank accounts that have received funds from victims of this organization.  Another individual known to me opened multiple bank accounts under his business Wanke Development Group.  This subject transferred funds from one of these bank accounts to the Justby Chase Account in the form of a $470,000 wire on August 24, 2021. This account and the account referenced below both received wires from victims of the same scam.  In addition, this co-conspirator also financially interacted with the multiple mutual co-conspirators of CUNWEN ZHU as well.

76.    I reviewed records provided by Chase Bank for an account opened under the Wanke Development Group business and noted on June 10, 2021, the account received a wire for $400,100 from victim TK and another wire on June 14, 2021 for $400,100 from victim TK for a total of $800,200 of wire transfers from victim TK.

77.    On June 23, 2022, I interviewed TK who informed me of the following: Around June of 2021 he met an individual on Facebook named "Ellie".  "Ellie" convinced him they could have more secure conversations on WhatsApp and their conversation moved to WhatsApp where they began discussing forex trading.  "Ellie" stated her father is very knowledgeable of forex trading and would help them conduct

trades.

78.    "Ellie" introduced TK to "Alice" who was Sunpor's "VIP Customer Service" representative who would be responsible for assisting with funding his account.

79.    TK downloaded the Metatrader application on his phone and added Sunpor as his broker.  To fund his account TK conducted wire transfers to bank accounts provided by "Alice".  Two wires of approximately $400,000 were sent for a total of approximately $800,000 and a third wire was sent for approximately $1,000,000. The third wire for $1,000,000 was ultimately stopped by his bank, Wells Fargo, due to their identification of potential fraud.

80.    Prior to Wells Fargo stopping the last wire, TK conducted multiple trades in coordination with "Ellie" and believed he had significant gains.

81.    TK stated he is at a total of loss of approximately $770,000 and was provided no funds except a withdrawal wire transfer of approximately $30,000 that was received before he was convinced to send the $1,000,000 wire that was stopped by Wells Fargo.

82.    TK provided "Ellie's" Whatsapp number and stated he could not locate "Alice"/"VIP Customer Service" in WhatsApp anymore and believes the account may have been deleted.

83.    TK is a resident of the Middle District of Florida.

## SUMMARY OF PROBABLE CAUSE

84.    Based on all of the above, I submit that there is probable cause

CUNWEN ZHU knowingly conducted an unlicensed money transmitting business, in violation of 18 U.S.C. § 1960 and received and subsequently transmitted through wire transfers fraudulently obtained proceeds in violation of 18 U.S.C. § 1343. CUNWEN ZHU incorporated the business Justby International Auctions and subsequently opened bank accounts for the purpose of receiving and transmitting fraudulently obtained proceeds. Justby International Auctions and the associated Justby Chase Account received funds from victims believing they were funding a forex brokerage account and as such acted as a money transmitting business. No records of registration for this business being registered as a money transmitting business have been found.

85.     There is probable cause to establish from on or about April 2021, to the present, in the Middle District of Florida, and elsewhere, CUNWEN ZHU knowingly devised and intended to devise a scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, transmits or causes to be transmitted by means of wire in interstate or foreign commerce any writings, signs, signals, pictures, or sounds for the purpose of executing such scheme or artifice as described herein where ZHU fraudulently and falsely obtained money by an investment fraud scheme through interstate and foreign wire transfers of U.S. currency in violation of 18 U.S.C. § 1343.

## CONCLUSION

86.     Based on my knowledge, training, and experience, and the facts set forth in this affidavit, I respectfully submit that there is probable cause to believe that, from

at least April 2021 to the present, in the Middle District of Florida and elsewhere, CUNWEN ZHU, did knowingly and intentionally commit offenses against the United States, in violation of Title 18, United States Code, Section 1960, to wit: acted as an unlicensed money transmitting business affecting interstate and foreign commerce, and Title 18, United States Code, Section 1343, to wit: wire fraud.

Chad Balsamo
Tech. Staff Asst. Special Agent
United States Secret Service

Affidavit submitted by email and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 41(d)(3) this _17_ day of March 2023.

JOEL B. TOOMEY
United States Magistrate Judge